# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 909
:
APPOINTMENT TO THE COMMITTEE : SUPREME COURT RULES DOCKET
ON RULES OF EVIDENCE :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of March, 2022, the Honorable Bret M. Binder, Chester County, is hereby appointed as a member of the Committee on Rules of Evidence for a term expiring October 1, 2026.